IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN BRANDIS PUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:25-cv-00022-RAH-KFP ) |
| CHAMBERS COUNTY, ALABAMA, | ) ) |
| Defendant. | ) |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on May 20, 2025. (Doc. 16.)  In the Recommendation, the Magistrate Judge recommends dismissal of this case without prejudice for failure to pay the filing fee and failure to comply with the Magistrate Judge's order to file the long form IFP application.  Plaintiff has not filed a timely objection.  After an independent review of the file, and for good cause, it is **ORDERED** as follows:

(1)   Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 7) is **DENIED** as moot;

(2)   Plaintiff's Motion for Status (Doc. 15) and Motion for Status and Copies (Doc. 17) are **DENIED** as MOOT

(3)   Any objections to the Recommendation are **OVERRULED**;

(4)   The Recommendation (Doc. 16) is **ADOPTED**; and,

(5)   This case is **DISMISSED** without prejudice.

Final Judgment will be entered separately.

DONE, on this the 9th day of June 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE